UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOCKET NO.:

CA 07 343 T

SENESCO MARINE, LLC,
Plaintiff :
:
VS. : **COMPLAINT**
:
HUNT MARINE I, LLC, :
Defendant :

Plaintiff Senesco Marine, LLC, by its attorneys, Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island 02862, as and for its Complaint against Hunt Marine I, LLC, allege upon information and belief as follows:

Parties:

1. Senesco Marine, LLC (hereinafter "Senesco") is a Delaware limited liability corporation with a principal place of business located at 1983 Richmond Terrace, Staten Island, New York 10302, and is in the business of building and repairing vessels engaged in the maritime trade.

2. Hunt Marine I, LLC (hereinafter "Hunt Marine") is a Rhode Island corporation with a principal place of business located at 25 Burnside Avenue, Narragansett, Rhode Island 02882.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

## Jurisdiction and Venue:

3. Jurisdiction is pursuant to 28 U.S.C. §1333 and Federal Rule of Civil Procedure 9(h), the Supplemental Rules for Certain Admiralty and Maritime Claims, and the Court's pendant and/or supplemental jurisdiction.

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because plaintiff and defendants have offices and/or reside and may be found in the district, and a substantial part of the events giving rise to the claims set forth herein occurred in the district.

## Facts:

5. Senesco is the lessee of property located in Quonset Point, North Kingstown, Rhode Island, consisting of, among other things, a pier, referred to as the "Carrier Pier." The beginning of the Carrier Pier is located at the eastern end of Roger Williams Way and continues into Narragansett Bay. Said property adjoins property leased by Senesco located at 10 MacNaught Street, North Kingstown, Rhode Island 02852. Senesco leases said property pursuant to a propriety lease from the Rhode Island Economic Development Corporation. Pursuant to its lease with the Rhode Island Economic Development Corporation, Senesco has the obligation to maintain and repair the leased premises, including

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

the Carrier Pier, at its own cost and expense.

6. Hunt Marine, at all times relevant to this law suit, was and continues to be the owner of CHARLENE HUNT, a 99.5-foot-long tug boat bearing United States Coast Guard Official Number 287456, and PATRICK J. HUNT, a 72.5-foot-long tug boat bearing United States Coast Guard Official Number 600990, and is owned and operated by defendant Hunt Marine I, LLC.

7. Commencing in or about 2000, pursuant to an informal oral agreement, Hunt Marine began docking its vessels at Senesco's Carrier Pier. In March, 2007, Hunt Marine began paying Senesco on a monthly basis for tying up its tugs CHARLENE HUNT and PATRICK J. HUNT to the Carrier Pier. At all times, Hunt Marine retained the sole responsibility for docking and tying up its vessels and was solely responsible for tending the vessels' mooring lines to the Carrier Pier. Senesco had no responsibility whatsoever concerning either CHARLENE HUNT or PATRICK J. HUNT, and the sole responsibility with respect to the docking and tying up of said vessels was on the part of Hunt Marine. Senesco neither provided, nor was responsible for, providing any assistance to Hunt Marine and/or its tugs with respect to the tying up of said vessels and did not direct the tying up of the tugs.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

COUNT ONE:

*(Maritime Tort)*

8. Senesco reaffirms and restates each allegation of the Complaint set forth above as though fully restated.

9. From between April 15, 2007 and April 17, 2007, while in navigable waters of the United States, defendant Hunt Marine and its tugs CHARLENE HUNT and PATRICK J. HUNT caused extensive damages to the Carrier Pier while tied up thereto due to the negligence of Hunt Marine.

10. From between April 15, 2007 and April 17, 2007, Hunt Marine tug PATRICK J. HUNT was tied to the north face of Senesco's Carrier Pier, while Hunt Marine tug CHARLENE HUNT was tied abreast of PATRICK J. HUNT. During that time, said tugs were tied up improperly and negligently by Hunt Marine, and as a result, banged relentlessly and with great force into the northern face of the bulkhead of Senesco's Carrier Pier. At times, and also due to negligent mooring of the vessels on the part of Hunt Marine, said tugs banged with great force into the underside of the bulkhead of the north fact of Senesco's Carrier Pier. The relentless banging and contact of tugs CHARLENE HUNT and PATRICK J. HUNT with the Carrier Pier resulted in significant damage to the bulkhead of the Carrier Pier, as well as various utilities running beneath the bulkhead of the Carrier Pier.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

11. The extensive damages to the Carrier Pier caused by CHARLENE HUNT and PATRICK J. HUNT were due to negligence and the failure to exercise due care on the part of Hunt Marine, and its principals, employees and agents between April 15, 2007 and April 17, 2007 by, among other things, their failure to properly tie up CHARLENE HUNT and PATRICK J. HUNT, by failing to put out proper and appropriate mooring lines so as to securely tie the vessels to the Carrier Pier, by failing to properly tend the mooring lines affixing the tugs to the Carrier Pier and to one another, improperly positioning tugs CHARLENE HUNT and PATRICK J. HUNT, failing to utilize sufficient numbers of mooring lines and/or sufficiently strong mooring lines to tie up their tugs, by failing and refusing to attend to the tugs despite knowledge said tugs were improperly moored and causing damage to the Carrier Pier and by failing to properly position the tugs along the Carrier Pier.

12. As a result of the negligence and failure to exercise reasonable care on the part of Hunt Marine, Senesco's Carrier Pier was caused to suffer damages in the approximate amount of $600,000.

**WHEREFORE**, plaintiff, Senesco Marine, LLC, respectfully demands judgment on the Complaint in its favor and against

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

defendant, Hunt Marine I, LLC, and an award of damages in the sum of $600,000, together with costs, disbursements, and attorneys' fees.

Senesco Marine, LLC,

By its attorney,

FINAN & GROURKE

Jeffrey P. Finan - #3278
24 Spring Street, P.O. Box 1207
Pawtucket, RI 02862
(401) 723-6800

DATED: September 11, 2007

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800