AO 440 (Rev. 10/93) Summons in a *Civil* Action

RETURN **OF SERVICE**

DATE
Service of the Summons and complaint was made by met' '-

NAME OF SERVER *(PRINT)* Aft J, TITLE

hodzed FaeraI **Pr** A0 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

SENESCO MARINE, LLC
**V.**

HUNT MARINE I, LLC

SUMMONS IN A **CIVIL CASE**

**CASEN1JMBER: 07-343T**

**TO:** (Name and address of Defendant)

Hunt Marine I, LLC, by its Registered Agent, Kevin Hunt 25 Burnside Avenue, P.O. Box 3354 Narragansett, Rhode Island 02882

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey P. Finan – #3278
FINAN & GROURKE
24 Spring Street
Pawtucket, Rhode Island 02860

an answer to the complaint which is herewith served upon you, within - twenty (20) -days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 10/93) Summons in a *Civil* Action

RETURN **OF SERVICE**

DATE
Service of the Summons and complaint was made by met' '-

NAME OF SERVER *(PRINT Alfred J. Harris, Authorized Federal Process Server* TITLE

**Check one box below to indicate appropriate** *method of service*

Served personally upon the third-party defendant. Place where served: Kevin Hunt Conley's Landing Providence

0 Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Returned unexecuted:

O Other (specify):

STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $45.00 | TOTAL $65.00 |
|---|---|---|

(I) As to who may serve a summons see Rule 4 ofthe Federal Rules of *Civil* Procedure.