UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

SENESCO MARINE, LLC,

Docket No.: CA 07-343 T

V.
HUNT MARINE I, LLC.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Senesco Marine, LLC hereby moves that Gino A. Zonghetti be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

SENESCO MARINE, LLC
By: /s/ Jeffrey P Finan
Jeffrey P. Finan
Bar ID No.: 3278
Finan & Grourke
24 Spring Street,
Pawtucket, RI 02860
(401) 723-6800

Dated: November 7, 2007

ATTORNEY'S CERTICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(I) I am a member in good standing of the bar of the States of New York, New Jersey, the District of Columbia and the Commonwealth of Massachusetts, of the United States District Courts for the Northern, Southern and Eastern District of New York, the District of New Jersey, the District of Massachusetts and the Second Circuit Court of Appeals Bars and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having

disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hoc vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and

orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case [have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as west

out in LR Fen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case

Gino A. Zonghetti

| | |
|---|---|
| Gino A. Zonghetti | New York State Bar ID #: 2044642 |
| Print Name | State Bar ID# |
| Kenny Stearns & Zonghetti | |
| Firm Name | |
| 26 Broadway New York New York 10004 | |
| Business Address | |
| (212) 422-6111 | (212) 422-6544 |
| Tel. # | Fax # |

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibility of local counsel.

/s/Jeffrey P. Finan
Signature of Local Counsel

| | |
|---|---|
| Jeffrey P. Finan | Bar It) No.: 3278 |
| Print Name | RI Bar ID # |

Finan & Grourke 24 Spring Street, Pawtucket RI 02860
Firm and Business Address

Tel. # (401) 723-6800

Fax # (401) 726-6340

ORDER

This motion

Hereby

District Judge

Date:

**CERTIFICATION**

I certify that a copy of the within Motion Pro Hac Vice was filed through the ECF System on 11/15/07 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan #3278