UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------X
Senesco Marine, LLC,
Plaintiff,

VS. Case No.: 07-343T

Hunt Marine I, LLC,
Defendant.

------------------------------------X

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

Plaintiff Senesco Marine, LLC, by its attorneys, Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island 02860, as and for its Answer to the Counterclaim of Hunt Marine I, LLC, alleges upon information and belief as follows:

1. Admits the allegations of paragraph 1 of the Counterclaim.

2. Admits the allegations of paragraph 2 of the Counterclaim.

3. Paragraph 2 of the Counterclaim contains a statement of law to which no response is required.

4. Denies the allegations of paragraph 4 of the Counterclaim.

5. Denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraph 5 of the Counterclaim.

6. Denies knowledge or information sufficient to form a belief as to the truth of matters asserted in paragraph 6 of the Counterclaim.

7. Denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraph 7 of the Counterclaim.

8. Denies the allegations of paragraph 8 of the Counterclaim.

9. Denies knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraph 9 of the Counterclaim.

10. Denies the allegations of paragraph 10 of the Counterclaim.

11. Denies the allegations of paragraph 11 of the Counterclaim.

12. Denies the allegations of paragraph 12 of the Counterclaim.

13. To the extent a paragraph 13 of the Counterclaim is pleaded, denies the allegations of paragraph 13 of the Counterclaim.

14. Repeats and re-alleges each admission, denial and denial of knowledge and information set forth above as though fully restated.

15. Denies the allegations of paragraph 15 of the Counterclaim.

16. Repeats and re-alleges each admission, denial and denial of knowledge and information set forth above as though fully restated.

17. Denies the allegations of paragraph 17 of the Counterclaim.

18. Denies the allegations of paragraph 18 of the Counterclaim.

19. Denies the allegations of paragraph 19 of the Counterclaim.

20. Repeats and re-alleges each admission, denial and denial of knowledge and information set forth above as though fully restated.

21. Denies the allegations of paragraph 21 of the Counterclaim.

22. Repeats and re-alleges each admission, denial and denial of knowledge and information set forth above as though fully restated.

23. Denies the allegations of paragraph 23 of the Counterclaim.

24. Repeats and re-alleges each admission, denial and denial of knowledge and information set forth above as though fully restated.

25. Denies the allegations of paragraph 25 of the Counterclaim.

26. Denies the allegations of paragraph 26 of the Counterclaim.

27. Denies the allegations of paragraph 27 of the Counterclaim.

28. Denies the allegations of paragraph 28 of the Counterclaim.

**AS AND FOR A FIRST DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

29. The counterclaim fails to state a claim upon which relief may be granted.

**AS AND FOR A SECOND DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

30. The counterclaim fails to state a claim upon which relief may be granted.

**AS AND FOR A THIRD DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

31. To the extent defendant suffer damages as claimed such was as a result of defendant's negligence and accordingly plaintiff's counterclaims are barred and/or its recovery must be reduced by its proportionate share of fault.

**AS AND FOR A FOURTH DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

32. Plaintiff failed to mitigate damages.

**AS AND FOR A FIFTH DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

33. Plaintiff's claims fail for lack of consideration.

**AS AND FOR A SIXTH DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

34. Plaintiff's claims fail as a result of the doctrines of waiver and/or estoppel.

**AS AND FOR A SEVENTH DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

35. Plaintiff's claims fail as a result of there having been no meeting of the minds.

**AS AND FOR A SEVENTH DEFENSE TO PLAINTIFF'S COUNTERCLAIM**

36. Plaintiff's claims fail as a result of the doctrine of "unclean hands."

**DEMAND FOR A JURY TRIAL**

37. Plaintiff demands a jury trial on plaintiff's counterclaims.

WHEREFORE, plaintiff, respectfully demands judgment on the Complaint in its favor and against defendant Hunt Marine I, LLC, and an award of damages in the sum of $600,000, together with costs, disbursements and attorneys' fees, as well as entry of

judgment in its favor and against defendant dismissing the Counterclaims of Defendant's Answer. .

Dated: 11/21/07

Plaintiff
By Its Attorneys
Finan & Grourke

/s/ Jeffrey P. Finan
Jeffrey P. Finan #3278
24 Spring Street
Pawtucket, RI 02860
401-723-6800
401-726-6340

**CERTIFICATION**

I hereby certify that a copy of the within Answer was filed through the ECF System on 11/21/07 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan #3278