UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Senesco Marine, LLC,
Plaintiff,

VS. Case No.: 07-343T

Hunt Marine I, LLC,
Defendant.

**NOTICE OF DEPOSITION**

DEPONENT: Kevin C. Clarke, R.I. Marine Survey, 547 Thames Street, Newport, RI 02840

DATE: Tuesday, March 25, 2008

TIME: 10:30 a.m.

Pursuant to all applicable Federal Rules of Civil Procedure, the plaintiff will take the deposition of the above-named on oral examination, at the law offices of Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island, which will continue from day to day until completed, before Reporting Associates, or some other qualified Notary Public.

You are invited to attend and examine said witness.

Plaintiff
By Its Attorneys
Finan & Grourke

/s/ Jeffrey P. Finan
Jeffrey P. Finan #3278
24 Spring Street
Pawtucket, RI 02860
401-723-6800
401-726-6340

**CERTIFICATION**

I hereby certify that a copy of the within Notice of Deposition was filed through the ECF System on 3/11/08 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey P. Finan #3278

cc: Reporting Associates
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903