UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------X

SENESCO MARINE, LLC,

Plaintiff,

Case No.: 07-cv-343(ECT)

- against -

**NOTICE OF MOTION**

HUNT MARINE I, LLC,

Defendant.

---------------------------------------------------X

TO: Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

**PLEASE TAKE NOTICE** that plaintiff SENESCO MARINE, LLC, shall move before the United States District Court for the District of Rhode Island, Honorable Ernest C. Torres, One Exchange Terrace, Providence, Rhode Island 02903 on the 2nd day of May, 2008 at 10:30 in the forenoon of that day or as soon thereafter as counsel may be heard pursuant to Federal Rules of Civil Procedure 37(d) and 37(b)(2)(A)(B) and (C) and Local Rule 7 for an order striking defendant Hunt Marine I, LLC's ("Hunt") Answer and dismissing Hunt's counterclaim as a result of the failure of Kevin Hunt, Hunt's principal, to appear for his duly noticed deposition in this matter, and for an order requiring Kevin Hunt to pay costs and attorneys' fees caused by his failure to appear for

his deposition, and shall further move pursuant to Federal Rule of Civil Procedure 45 and Local Rule 7 for an order finding Kevin C. Clarke in contempt of this Court, and an order compelling Kevin C. Clarke to appear in person to testify at the taking of a deposition and produce the subpoenaed documents by a date certain. Plaintiff shall rely upon the accompanying Affidavit Gino A. Zonghetti with attached exhibits, Affidavit of Jeffrey Finan with attached exhibits, and Memorandum of Law in support of said motions.

Dated: April 16, 2008

Gino A. Zonghetti
KENNY, STEARNS & ZONGHETTI
26 Broadway
New York, New York 10004
(212) 422-6111

/s/
Jeffrey Finan
Finan & Grouke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 16th day of April 2008, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**AFFIDAVIT OF JEFFREY P. FINAN WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Arthur Pearson
Arthur Pearson

Sworn to before me this
16th day of April 2008.

Noreen D. Arralde
NOTARY PUBLIC

Noreen D. Arralde
Notary Public, State of New York
No. 02AR6045898
Qualified in Nassau County
Commission Expires July 31, 2010