# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------X
Senesco Marine, LLC,

Plaintiff,

-against-

Hunt Marine I, LLC,

Defendant.

-----------------------------------X

**NOTICE TO PRODUCE OF PLAINTIFF SENESCO MARINE, LLC.**

Plaintiff Senesco Marine, LLC, by its attorneys, Kenny, Stearns & Zonghetti, 26 Broadway, New York, New York 10004 and Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island 02862, pursuant to all applicable Federal Rules of Civil Procedure demand defendant produce true and accurate copies of the within documents within the time set forth in said rules:

DEFINITIONS AND INSTRUCTIONS

A. COMPLAINT means the complaint filed by plaintiffs in this action.

B. COUNTERCLAIM means the counterclaims of defendant pleaded in defendant's Answer to the Complaint.

C. DOCUMENT means all writings, electronic data such as emails, computer generated data, plans, diagrams, notes, memoranda, recordings, films, tapes, photographs, drawings in plaintiff's possession, custody or control or known by plaintiff to exist.

D. Logs means any vessel related record recording vessel activity in any fashion.

E. In the event plaintiff withholds any document from production on the grounds of privilege, a privilege log is to be produced setting forth the grounds of the privilege asserted and providing identifying information sufficient to provide a basis for consideration of the privilege asserted, including date of the document, author, recipients and subject matter of the document.

F. Requests for production of documents of plaintiffs include documents in the possession of plaintiffs, their employees, agents, representatives, owners, and parties over which plaintiffs have control as well as documents over which plaintiffs, their employees, agents, representatives, owners, and parties exercise control.

G. Any objections to the production of documents requested must be set forth in writing providing the grounds for the objection and to the extent documents are withheld from production due to any objection, it must be so noted. Any objections not raised will be deemed to have been waived.

H. These requests are continuing in nature and place upon plaintiff the obligation to supplement any responses hereto in the event it

locates or becomes aware of the existence of responsive documents after providing any response.

DOCUMENT REQUESTS:

1. All telephone records reflecting telephone calls by, between and among any member, principal and/or employee of Hunt Marine I, LLC and any Senesco Marine, LLC employee from between April 12, 2006 and April 17, 2006.

2. All photographs, videos or other films and reproductions of any damage claimed by defendant in the Counterclaim.

3. All photographs, videos or other films and reproductions of tugs PATRICK HUNT and CHARLENE HUNT at any time before April 15, 2007.

4. All documents reflecting, relating to or evidencing damage claimed by defendant in the Counterclaim.

5. All logs for PATRICK HUNT and CHARLENE HUNT for the period of time commencing on January 1, 2006 to present.

6. Tax returns for Hunt Marine I, LLC for the years 2002 to present.

7. All surveys or other documents reflecting inspections of tugs PATRICK HUNT and CHARLENE HUNT at any time.

8. Payroll records and other records reflecting employees of Hunt Marine, LLC for the period of April, 2007 to present.

9. All documents of any insurer of Hunt Marine I, LLC and/or PATRICK HUNT and CHARLENE HUNT and/or representative of any such insurer regarding and relating to: A. claims of Senesco Marine, LLC arising out of the matters pleaded in the Complaint; B. claims of Hunt Marine, LLC arising out of the matters pleaded in the Complaint and/or Counterclaim; C. Any sums disbursed to or on behalf of Hunt Marine, LLC as a result of any claims by Hunt Marine, LLC for damages arising out of the occurrences underlying the Complaint and/or Counterclaim, D. Surveys undertaken as a result of any claims as a result of the matters of the Complaint and Counterclaim.

10. All documents reflecting claims made by Hunt Marine I, LLC for damage to PATRICK HUNT and/or CHARLENE HUNT from 2000 to present.

11. All documents by, between and among plaintiff and defendant concerning dockage, wharfage, damages, payments, invoices for services, or other matters relating to the subject matter of this law suit.

12. All documents relating to repairs, and other work performed on either PATRICK HUNT and/or CHARLENE HUNT from 2000 to present.

13. All policies of insurance covering Hunt Marine I, LLC and PATRICK HUNT and CHARLENE HUNT.

14. All documents reflecting the purchase by Hunt Marine I, LLC of PATRICK HUNT and CHARLENE HUNT, including bills of sale, contracts, and other documents.

15. United States Coast Guard Certificates of Inspection and Certificates of Ownership for PATRICK HUNT and CHARLENE HUNT.

16. All documents reflecting and otherwise evidencing the value of PATRICK HUNT and CHARLENE HUNT prior to April 15, 2006.

17. All documents reflecting the manner in which Hunt Marine I, LLC accounted for PATRICK HUNT and CHARLENE HUNT on any books, tax returns, accounting records, including documents reflecting depreciation taken on said vessels.

18. Any witness statements regarding the damage claimed in the Complaint and Answer/Counterclaim.

19. Any reports of experts plaintiff may seek to rely upon at trial.

20. Any contracts, job assignments, or evidence of work claimed by Hunt Marine I, LLC to have been lost as a result of damage claimed in the Answer/Counterclaim.

Dated: January 9, 2007

Kenny, Stearns & Zonghetti
Attorneys for Senesco Marine, LLC

By: ______________________
Gino A. Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

To: Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Ellen O'Connell, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Ridgewood, New Jersey

That, upon the 10th day of January, 2008 deponent served copies of the within:

**NOTICE TO PRODUCE OF PLAINTIFF SENESCO MARINE, LLC**

**UPON:**

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a United States postal official depository under the exclusive care and custody of United States Postal Service within the State of New York.

Ellen O'Connell

Sworn to before me this
10th day of January, 2008

Kevin J. O'Donnell
Notary Public, State of New York
No. 02OD6173549
Qualified in New York County
Commission Expires September 10, 2011

# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------------X

| | |
|---|---|
| Senesco Marine, LLC,<br><br>Plaintiff,<br>-against-<br><br>Hunt Marine I, LLC,<br><br>Defendant. | Civil 07-343T<br><br>**NOTICE OF DEPOSITION** |

------------------------------------------X

To: Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

PLEASE TAKE NOTICE THAT defendant/counter-claim plaintiff Senesco Marine, LLC shall take the deposition upon oral questions and under oath and pursuant to all applicable Federal Rules of Civil Procedure of Kevin Hunt on **March 13, 2008** commencing at **10:30 a.m.** at the law offices of Finan & Grourke, 24 Spring Street, Pawtucket, RI 02860, (401) 723-6800.

Dated: January 30, 2007

Kenny, Stearns & Zonghetti
Attorneys for Senesco Marine, LLC

By:____________________________
Gino A. Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

**AFFIDAVIT OF SERVICE BY U.S. MAIL**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Ellen O'Connell, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Ridgewood, New Jersey

That, upon the 30th day of January, 2008 deponent served copies of the within:

**NOTICE OF DEPOSITION**

**UPON:**

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a U.S. Postal Service official depository under the exclusive care and custody of U.S. Postal Service within the State of New York.

Ellen O'Connell

Sworn to before me this
10th day of January, 2008

Kevin J. O'Donnell
Notary Public, State of New York
No. 02OD6173549
Qualified in New York County
Commission Expires September 10, 2011

# Exhibit
# 3

**Gino Zonghetti**

---

**From:** Robert Collins [rcollins@clinmuzyka.com]
**Sent:** Wednesday, February 27, 2008 12:33 PM
**To:** Gino Zonghetti
**Subject:** RE: Senesco v. Hunt

Claims file should be coming to you tomorrow or Friday. I am meeting with Hunt next week to review the document request. I think I have everything, but will get a response to you next week.

Thanks for your patience.

Bob

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Tuesday, February 26, 2008 5:22 PM
**To:** Robert Collins
**Subject:** RE: Senesco v. Hunt

Rob:

What about the docs from ACE?

Also, we will need Hunt's documents and responses to discovery in advance of his March 13th dep. Thanks,

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Friday, February 22, 2008 10:46 AM
**To:** Gino Zonghetti
**Subject:** RE: Senesco v. Hunt

Gino: I am at a mediation in Providence today. I will check on it Monday and get back to you. Bob

-----Original Message-----
From: "Gino Zonghetti" <gzonghetti@kszlaw.com>
To: "Robert Collins" <rcollins@clinmuzyka.com>
Sent: 2/21/2008 8:58 PM
Subject: Senesco v. Hunt

Rob:

We have not received the file from Ace Insur. Co. yet. Do you know the status, or do I have to go to court to enforce the subpoena? Thanks,

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

# Exhibit 4

**Gino Zonghetti**

---

**From:** Gino Zonghetti
**Sent:** Wednesday, March 12, 2008 5:13 PM
**To:** 'Robert Collins'
**Subject:** RE: Hunt/Senesco

Rob:

Let's shoot for March 20th for the deposition as opposed to the 18th, and we can perhaps start a bit earlier.

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Wednesday, March 12, 2008 4:59 PM
**To:** Gino Zonghetti
**Subject:** RE: Hunt/Senesco

Gino:

If you want, we can postpone the depo, reschedule the mediation and I will get to the bottom of this tomorrow. I am told they are all there, but it certainly does not look that way. I will go to Hunt tomorrow and find out and then we can do the deposition next week or some agreeable date.

Let me know if you want to do that while I track down the documents rather than potentially having to do the deposition twice.

Bob

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Wednesday, March 12, 2008 4:33 PM
**To:** Robert Collins
**Subject:** RE: Hunt/Senesco

Rob:

Just so I am sure that I am not missing something on my end since we went through literally hundreds of separate files, am I correct that the logs I listed previously were not included in what was produced?

Also, as you are aware, these are USCG required documents. They have to exist somewhere unless they were lost.

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway

New York, New York 10004
(212) 422-6111

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Wednesday, March 12, 2008 4:06 PM
**To:** Gino Zonghetti
**Subject:** RE: Hunt/Senesco

Gino:

According to the accountant at Hunt Marine, we have them all.

Bob

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Wednesday, March 12, 2008 3:59 PM
**To:** Robert Collins
**Cc:** Gino Zonghetti; jpf@finangrourke.com
**Subject:** RE: Hunt/Senesco

Rob:

Do you have any word on the log books for the PATRICK and CHARLENE that were not produced? I was not given anything for PATRICK for 2007 prior to the incident except for perhaps 2 days in January and 2 days in February, 2007. I was given nothing for the CHARLENE in 2007.

Thanks,

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

# Exhibit
# 5

**Gino Zonghetti**

---

**From:** Robert Collins [rcollins@clinmuzyka.com]

**Sent:** Thursday, March 13, 2008 3:08 PM

**To:** Gino Zonghetti

**Subject:** Senesco/Claim against Hunt Marine

Dear Mr. Zonghetti:

I talked to Kevin Hunt. One of the tugs (I think he said the Charlene Hunt) is in Philadelphia but due back soon. So it may take me a few days to get the log books. He also told me that he will be out of town on vacation from 3/19-3/25, so we should probably look to something after 3/26 for his deposition. That will give me time to get the logbooks. If we put off the mediation for a month, that should work out fine. Let me know if that is agreeable and I will contact Magistrate Judge Lovegreen.

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax:617-720-3489
rcollins@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

# Exhibit
# 6

**Gino Zonghetti**

---

**From:** Robert Collins [rcollins@clinmuzyka.com]
**Sent:** Monday, March 24, 2008 4:59 PM
**To:** Gino Zonghetti
**Subject:** Hunt Marine/Senesco

Gino:

I got your message that tomorrow's deposition of Clarke is off. I will contact him and find out what the problem is. I do not know him and have never spoken to him. I assume that means there are no depositions tomorrow. Please have Mr. Finan forward a copy of any of the documents received from the subpoenas.

I got your message regarding documents from Ace. The full claims file was provided and nothing to my knowledge was withheld. The only other possibility that I can think of is if there is a separate subrogation file in another department. I will check on that possibility.

My claims guy has received permission from Magistrate Judge Lovegreen to be on phone availability because of short staffing in his office. If your person is traveling, you may want to try to get the same. Tell Rhonda, Magistrate Judge Lovegreen's clerk, that I assent.

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax:617-720-3489
rcollins@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

# Exhibit 7

**Gino Zonghetti**

---

**From:** Robert Collins [rcollins@clinmuzyka.com]
**Sent:** Saturday, March 29, 2008 3:11 PM
**To:** Gino Zonghetti
**Subject:** Hunt/Senesco

Gino:

Sorry I did not get back to you about deposition dates. Wednesday is unclear about Mr. Hunt (he may be out of town) and it is definitely not good for me. We had a final pretrial conference in Providence on another matter and Motions in Limine are due on Wednesday. I have about 9 to do and will be out of town doing an expert deposition on Monday, so Tuesday and Wednesday will be spent on that. Can we do something the week after? Mr. Hunt is sending me the logbooks and I will get them to you. Also, I talked to Kevin Clarke and he will show up and produce documents. I will try to get them to you beforehand.

Thanks

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax:617-720-3489
rcollins@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

# Exhibit
# 8

**Gino Zonghetti**

---

**From:** Gino Zonghetti
**Sent:** Friday, April 04, 2008 5:01 PM
**To:** 'Robert Collins'
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

I would say 3 p.m.

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Friday, April 04, 2008 5:00 PM
**To:** Gino Zonghetti
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

What about for Clarke, so I can tell him when I contact him.

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Friday, April 04, 2008 4:24 PM
**To:** Robert Collins
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

Let's shoot for 10 a.m.?

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Friday, April 04, 2008 4:21 PM

**To:** Gino Zonghetti
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

Gino:

I think we are all set for Thursday, at least for Kevin Hunt. I will know definitively tonight. He is apparently having surgery on his hand on Wednesday, but his secretary says his calendar is clear for Thursday. As soon as I get a minute, I will call Kevin Clarke and try to get him lined up. What time do you want him for?

Bob

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Friday, April 04, 2008 2:44 PM
**To:** Robert Collins
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

Please do. Thanks,

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

-----Original Message-----
**From:** Robert Collins [mailto:rcollins@clinmuzyka.com]
**Sent:** Friday, April 04, 2008 2:41 PM
**To:** Gino Zonghetti
**Subject:** RE: Depositions of Plaintiff and Surveyor in Hunt

Gino:

Thursday is okay for me. I am waiting to hear back from Mr. Hunt if it is okay. As soon as I hear I will let you know.

Bob

---

**From:** Gino Zonghetti [mailto:gzonghetti@kszlaw.com]
**Sent:** Thursday, April 03, 2008 4:15 PM
**To:** Robert Collins
**Subject:** Depositions of Plaintiff and Surveyor in Hunt

Rob:

Please let me know if the depositions can go forward next Thursday. I really need to get moving on these, and based upon what the magistrate told me when I was at the conference, there will be no discovery extensions from this judge. Like you, I have a lot going on now and need to schedule things out a bit. Thanks,

*Gino A. Zonghetti*
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments. Thank you.*

# Exhibit 9

**Gino Zonghetti**

**From:** Kathleen A. Thibault [kat@finangrourke.com]
**Sent:** Thursday, April 10, 2008 8:54 AM
**To:** Gino Zonghetti
**Subject:** Senesco v. Hunt

Jeff just received a call from Tom Clinton cancelling today's deposition because Mr. Hunt just had surgery. Mr. Collins' cell phone number is 401-862-1247 and Mr. Clinton's cell phone number is 617-233-3473.

Kathy Thibault
Legal Assistant
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800 Phone
(401 726-6340 Fax

# Exhibit 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SENESCO MARINE, LLC

VS. C.A. NO. 07-343T

HUNT MARINE I, LLC

Statement for the record regarding the proposed deposition of KEVIN HUNT, pursuant to the Federal Rules of Civil Procedure on April 14, 2008, by the Plaintiff at the offices of Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island, commencing at 11:30 a.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

KENNY, STEARNS & ZONGHETTI, LLC
BY: GINO A. ZONGHETTI, ESQ.
Counsel for Plaintiff

CLINTON & MUZYKA, P.C.
BY: THOMAS CLINTON, ESQ.
Counsel for Defendant

ALSO PRESENT: Gayle Corrigan, CFO, Senesco Marine, LLC

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903
(401) 351-1660

MR. ZONGHETTI: Let's go on the record and make a record here. It's approximately 11:30 on Monday, April 14th. We're at the deposition. It was supposed to be for Kevin Hunt, as principal of Hunt Marine I, LLC. With me is Gayle Corrigan from Senesco Marine, LLC, the Plaintiff in this lawsuit.

The deposition was scheduled to start at 10:30 a.m. Counsel is here. Mr. Hunt is not here. We've given him an hour to show up. And some phone calls have been placed to his number by his attorney and no calls back to us. So we're going to end the deposition without him appearing. And this follows, I believe last Thursday or Wednesday --

MR. CLINTON: Thursday.

MR. ZONGHETTI: -- Mr. Hunt was supposed to be here for his deposition. He had a medical issue at that point in time where he had had surgery the day before and apparently was still on pain medication.

It's my understanding he knew he was supposed to be here today. So we're going to end it at this point and if counsel would like access to --

MR. CLINTON: No, I think you correctly gave the history of this. I called. I personally made the arrangements with him to be here at 10:30. And I told Defendant's counsel, who agreed to it at 10:30. And I haven't been able to get ahold of him. And I have nothing more to say.

(Whereupon, the proceeding was concluded at 11:31 a.m.)

CERTIFICATE

I hereby certify the foregoing to be a true and accurate transcript according to my stenographic notes.

WITNESS MY HAND AND SEAL this 14th day of April 2008.

Theresa A. Mullaugh, RMR
Notary Public

My Commission Expires:
June 20, 2009

# Exhibit
# 11

## Gino Zonghetti

**From:** tickets@amtrak.com
**Sent:** Friday, April 11, 2008 4:03 PM
**To:** Gino Zonghetti
**Subject:** Amtrak: Reservation Confirmation - THIS IS NOT A TICKET

Thank you for choosing Amtrak. Please save or print this page for your records.

Reservation Number: 0D7247

THIS IS NOT A TICKET
--------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
---------------------

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. Pick up your tickets from a <a href="javascript:var child=window.open ('http://www.amtrak.com/servlet/ContentServer?pagename=am2/am2Popup&ibsref=quiktrak','ibsref','directories=0,dependent=1,menubar=0,top=20,left=20,width=530,height=450,scrollbars=1');child.focus();" CLASS="smallblue">Quik-Trak </a> self-service ticketing kiosk (a credit, debit or Amtrak Guest Rewards is required to activate the kiosk), or at an Amtrak ticket window. Check station operating hours before you go; Amtrak ticket window hours and Quik-Trak kiosk hours vary from station to station.

IMPORTANT POLICIES
------------------
For important identification requirements, please visit http://www.amtrak.com/IDrequirements.html.

For important baggage policy information, please visit http://www.amtrak.com/BaggagePolicy.html.

Please Note: All Amtrak trains (except the Auto Train) are non-smoking.

PASSENGER INFORMATION
---------------------
Passenger 1: Gino Zonghetti (Adult)

ITINERARY
--------- ==============================================================
Stamford, CT (STM) to Providence, RI (PVD)
14-APR-08; 7:06 am - 14-APR-08; 9:22 am

=============================================================

Service: 2190 Acela Express
Duration: 2h 16m

<Departs>
Stamford, CT (STM)
14-APR-08; 7:06 am

<Arrives>
Providence, RI (PVD)
14-APR-08; 9:22 am

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==============================================================

Providence, RI (PVD) to Stamford, CT (STM)
14-APR-08; 5:05 pm - 14-APR-08; 7:17 pm

==============================================================

Service: 2173 Acela Express
Duration: 2h 12m

<Departs>
Providence, RI (PVD)
14-APR-08; 5:05 pm

<Arrives>
Stamford, CT (STM)
14-APR-08; 7:17 pm

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==============================================================

FARE INFORMATION
----------------

| | |
|---|---|
| Rail Fare: | $174.00 |
| Upgrades/bedroom Price: | $0.00 |
| Ticket Delivery Fee: | $0.00 |
| Total: | $174.00 |

BILLING INFORMATION
-------------------

Billed to:
Gino A Zonghetti
26 Broadway
New York, NY 10004
United States

Total Price: $174.00

Credit Card: American Express ***********2001

ADDITIONAL INFORMATION
----------------------

* We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.

* If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.

* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund fees may apply. To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).

* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!
------------------

Questions? Contact us online at http://www.amtrak.com/contactus.html or call 1-800-USA-RAIL (1-800-872-7245).

# Exhibit 12

**Gino Zonghetti**

**From:** tickets@amtrak.com
**Sent:** Wednesday, April 09, 2008 12:35 PM
**To:** Gino Zonghetti
**Subject:** Amtrak: Reservation Confirmation - THIS IS NOT A TICKET

Thank you for choosing Amtrak. Please save or print this page for your records.

Reservation Number: 0AB4E0

THIS IS NOT A TICKET
--------------------
This confirmation notice is not a ticket. You must obtain a ticket before boarding.

TICKETING INFORMATION
---------------------

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. Pick up your tickets from a <a href="javascript:var child=window.open ('http://www.amtrak.com/servlet/ContentServer?pagename=am2/am2Popup&ibsref=quiktrak','ibsref','directories=0,dependent=1,menubar=0,top=20,left=20,width=530,height=450,scrollbars=1');child.focus();" CLASS="smallblue">Quik-Trak </a> self-service ticketing kiosk (a credit, debit or Amtrak Guest Rewards is required to activate the kiosk), or at an Amtrak ticket window. Check station operating hours before you go; Amtrak ticket window hours and Quik-Trak kiosk hours vary from station to station.

IMPORTANT POLICIES
------------------
For important identification requirements, please visit http://www.amtrak.com/IDrequirements.html.

For important baggage policy information, please visit http://www.amtrak.com/BaggagePolicy.html.

Please Note: All Amtrak trains (except the Auto Train) are non-smoking.

PASSENGER INFORMATION
---------------------
Passenger 1: Gino Zonghetti (Adult)

ITINERARY
--------- ============================================================
Stamford, CT (STM) to Providence, RI (PVD)
10-APR-08; 7:06 am - 10-APR-08; 9:22 am

============================================================

Service: 2190 Acela Express
Duration: 2h 16m

<Departs>
Stamford, CT (STM)
10-APR-08; 7:06 am

<Arrives>
Providence, RI (PVD)
10-APR-08; 9:22 am

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==========================================================

Providence, RI (PVD) to Stamford, CT (STM)
10-APR-08; 3:50 pm - 10-APR-08; 5:57 pm

==========================================================

Service: 2171 Acela Express
Duration: 2h 7m

<Departs>
Providence, RI (PVD)
10-APR-08; 3:50 pm

<Arrives>
Stamford, CT (STM)
10-APR-08; 5:57 pm

<Seat(s)/Room(s)>
1 Business Class Seat

Amenities: Snack car

==========================================================

FARE INFORMATION

| | |
|---|---|
| Rail Fare: | $201.00 |
| Upgrades/bedroom Price: | $0.00 |
| Ticket Delivery Fee: | $0.00 |
| Total: | $201.00 |

BILLING INFORMATION

Billed to:
Gino A Zonghetti
26 Broadway
New York, NY 10004
United States

Total Price: $201.00

Credit Card: American Express ***********2001

ADDITIONAL INFORMATION

* We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.

* If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.

* You may cancel (but not modify) your reservation online. Cancellation fees and/or refund fees may apply. To change your reservation, please call 1-800-USA-RAIL (1-800-872-7245).

* THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding.

HAVE A GREAT TRIP!

Questions? Contact us online at http://www.amtrak.com/contactus.html or call 1-800-USA-RAIL (1-800-872-7245).

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 16th day of April 2008, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**AFFIDAVIT OF JEFFREY P. FINAN WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Arthur Pearson

Arthur Pearson

Sworn to before me this
16th day of April 2008.

Noreen D Arralde

NOTARY PUBLIC

Noreen D. Arralde
Notary Public, State of New York
No. 02AR6045898
Qualified in Nassau County
Commission Expires July 31, 2010