UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Senesco Marine, LLC,

VS. Case No.: 07-343T

Hunt Marine I, LLC,

**AFFIDAVIT OF COUNSEL**

I, Jeffrey P. Finan, being duly sworn on oath, do depose and state as follows:

1. I am local counsel for the plaintiff, Senesco Marine, LLC in relation to the above captioned matter.

2. On March 14, 2008, Kevin C. Clarke, of Rhode Island Marine Survey, was served with a Subpoena Duces Tecum, compelling him to appear at the law office of Finan & Grourke, 24 Spring Street, Pawtucket, RI, 02860 on March 25, 2008 at 10:30 a.m. to provide deposition testimony, and further, to produce documentation in relation to the above captioned matter. Proof of service of the Subpoena has previously been filed with the court electronically as Document Number 12.

3. On March 21, 2008, I received a letter from Kevin Clarke of Rhode Island Marine Survey, dated March 19, 2008, stating as follows: "Concerning the notice of deposition on Tuesday, March 25, 2008, I have a previous engagement on that date. Please call ahead to schedule an appointment. I also need more than eight days to prepare for such an appointment. My fees for expert witness testimony are $200.00 per hour, with a three hour minimum paid up front before appointment." A copy of the said correspondence is attached hereto and made a part hereof as Exhibit No. 1.

4. In response to the letter from Kevin Clarke of March 19, 2008, I forwarded an email to Mr. Clarke at the email address set forth on the March 19, 2008 letter, and a copy of said email is attached hereto as Exhibit No. 2. Furthermore, efforts were made to fax the letter

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

to Kevin Clarke at the fax number set forth on the letterhead (attached as Exhibit No. 1), and both the telephone number and fax number were identified as being "disconnected."

5. On March 24, 2008, I made contact with Kevin Clarke by cell phone. Mr. Clarke stated that he would not appear for the deposition on March 25, 2008, and further, would not produce the documentation, alleging that he would not have the documentation ready by March 25,2008 at 10:30 a.m.

6. Kevin C. Clarke failed to appear for the deposition and further, failed to produce documentation as requested by the Subpoena on March 25, 2008 at 10:30 a.m.

Jeffrey P. Finan

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

On the 25th day of March, 2008, before me personally appeared Jeffrey P. Finan, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed.

Notary Public
My Commission Expires: 5/13/09

**KATHLEEN A. THIBAULT**
Notary Public
My Commission Expires 5/13/2009

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 16th day of April 2008, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**AFFIDAVIT OF JEFFREY P. FINAN WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Arthur Pearson
Arthur Pearson

Sworn to before me this
16th day of April 2008.

Noreen D. Arralde
NOTARY PUBLIC

Noreen D. Arralde
Notary Public, State of New York
No. 02AR6045898
Qualified in Nassau County
Commission Expires July 31, 2010