# Exhibit
# A

Rhode Island Marine Survey L
547 Thames Street
Newport RI 02840
Phone 401-847-9254
Cell 401-595-2516
Fax 401-847-9254
rimsurvey@hotmail.com

Sail & Power Yachts Commercial Vessels Marine Facilities
Covering all of New England & beyond

Jeffery P. Finan,

Concerning the notice of deposition on Tuesday March 25, 2008, I have a previous engagement on that date. Please call ahead to schedule an appointment. I also need more than 8 days to prepare for such an appointment. My fees for expert witness testimony are $200 per hr, with a 3 hour minimum paid up front before appointment.

***Kevin Clarke , RI Marine Survey.***
**3-19-2008**

# Exhibit
# B

**Subject: Senesco v. Hunt - Federal Subpoena**
**Date:** Friday, March 21, 2008 12:49 PM
**From:** Jeffrey Finan <jpf@finangrourke.com>
**To:** <rimsurvey@hotmail.com>
**Cc:** Gino Zonghetti <gzonghetti@kszlaw.com>
**Conversation:** Senesco v. Hunt - Federal Subpoena

Kevin Clarke
RI Marine Survey, LLC
547 Thames Street
Newport, RI 02840

RE: Senesco v. Hunt

Mr. Clarke,

I have received your March 19th letter. On March 14th, 2008, you were served with a Federal Subpoena from The United States District Court to appear at our office on March 25th at 10:30 am to give deposition testimony, and to produce documentation. Eleven days constitutes sufficient notice under the Federal Rules of Civil Procedure (as opposed to the eight days alleged in your letter).

You have been identified as a FACT witness, as opposed to an expert witness, and as such you are entitled to the witness fee which has been provided, and nothing further.

We will only adjourn this deposition on the following conditions. First, we will require that the documentary evidence requested in the subpoena be provide to our office by Tuesday, 3-25-08 at 10:30am by mail or otherwise. Second, you will please provide us with a set date for the deposition, mutually convenient to the parties, which will take place within the next 21 days.

Please contact me immediately if you have any questions.

--
Jeffrey Finan
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
401 723 6800
Fax: 401 726 6340

This communication and any accompanying materials are confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance upon it is strictly prohibited and may be unlawful. If you received this communication in error, please notify us immediately via return email and delete the communication and materials Received.

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 16th day of April 2008, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**AFFIDAVIT OF JEFFREY P. FINAN WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Arthur Pearson
Arthur Pearson

Sworn to before me this
16th day of April 2008.

Noreen D. Arralde
NOTARY PUBLIC

Noreen D. Arralde
Notary Public, State of New York
No. 02AR6045898
Qualified in Nassau County
Commission Expires July 31, 2010