**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant.**

**DEFENDANT, HUNT MARINE I, LLC'S, OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ANSWER TO COMPLAINT, COUNTERCLAIM OF HUNT AND FOR COSTS AND ATTORNEYS' FEES, AND FOR ORDER FINDING KEVIN CLARKE IN CONTEMPT**

Now comes the defendant, Hunt Marine I, LLC, in the above entitled action, by its attorneys and submits its Opposition to Plaintiff's Motion to Strike Answer to Complaint, Counterclaim of Hunt and For Costs and Attorneys' Fees, and For Order Finding Kevin Clarke in Contempt. As a basis therefore, defendant states that it will produce these parties for deposition prior to the discovery deadline, failure to appear in the past was the result of illness and/or lack of timely communication, and that holding the deposition prior to the discovery deadline will not harm the plaintiff in the prosecution of its case.

**WHEREFORE**, the defendant prays this Honorable Court deny Plaintiff's Motion.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"

**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 6th day of May, 2008.

Notice will be electronically mailed to:

Jeffrey P. Finan jpf@finangrourke.com

Gino A. Zonghetti gzonghetti@kszlaw.com

"/s/Robert E. Collins"_