**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant,**

**AFFIDAVIT OF KEVIN HUNT**

Now comes the Affiant, Kevin Hunt, after being duly sworn, as deposes and states as follows.

1. I am Kevin Hunt, the President of Hunt Marine I, LLC, P.O. Box 3354, Narragansett, Rhode Island.

2. I was advised by Attorney Robert Collins that my deposition in the above matter would be taken by the attorney for Senesco Marine, LLC on April 10, 2008.

3. I had conferred with Attorney Collins previously and advised him that I would be having surgery on my hand on April 9, 2008 on an outpatient basis, but believed that I would be able to attend the deposition.

4. After the surgery, I was prescribed Percocet for pain. This medication made be very groggy.

5. I called Attorney Collins the evening of April 9, 2008 and left a message for him that I was very groggy and did not believe that I could attend the deposition and testify

truthfully.

6. During the morning hours, I was contacted by Attorney Thomas Clinton and I advised him that the medication made me very groggy and light-headed and that I did not think that I could attend the deposition.

7. Later that day, I conferred with Attorney Clinton and we agreed to resume the deposition on Monday, April 14, 2008.

8. On Sunday, April 13, I fell over the weekend and thought that I had broken my leg. Because of my concern over the condition of my leg, I completely forgot about the deposition.

9. During the morning of April 14, 2008, I was resting and had turned my cellular phone off. When I picked up the messages from Attorney Clinton, I attempted to contact him in an effort to get the attorneys to commence the deposition in the afternoon, but they had already left Finan & Grourke. When I did contact Attorney Clinton, he was already back in Boston.

10. The failure to appear at the deposition was a mistake on my part due to my concern over the condition of my leg and not due to any refusal to appear for a deposition.

11. I remain ready, willing and able to appear and present testimony on behalf of Hunt Marine I, LLC in the above matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PURGERY THIS 2nd DAY OF MAY, 2008

Kevin Hunt