**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant,**

**AFFIDAVIT OF KEVIN CLARKE**

Now comes the Affiant, Kevin Clarke, after being duly sworn, as deposes and states as follows.

1. I am Kevin Clarke, the President of R.I. Marine Survey, 527 Thames Street, Newport, Rhode Island.

2. I am a marine surveyor who was assigned by ACE USA to investigate the damage to two tugs owned by Hunt Marine I, LLC at Senesco Marine, LLC.

3. I was subpoenaed by Attorney Zonghetti to appear for a deposition on March 25, 2008.

4. Prior to the deposition, at the suggestion of Kevin Hunt of Hunt Marine I, LLC, I left a message for Attorney Robert Collins that I could not appear for the deposition on that date.

5. Later on March 24, 2008, I was advised by Attorney Collins that the deposition would be rescheduled. At that time, I learned that Attorney Collins lives very near me. We

discussed that he would come by my house on his way home and pick up a copy of my file.

6. I have not been in contact with Attorney Collins since our March 24, 2008 conversation. I remain ready and willing to appear for a deposition at a mutually agreeable time.

**SIGNED UNDER THE PAINS AND PENALTIES OF PURGERY THIS 7 DAY OF MAY, 2008**

Kevin Clarke