**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant,**

**DEFENDANT'S MOTION FOR EXTENSION OF DISCOVERY**

Now comes the Defendant/Counter-Plaintiff, Hunt Marine I, LLC, by its attorney, as submits its Motion for Extension of time to complete discovery, up to and including June 30, 2008. As a basis therefore, Defendant states the following.

Plaintiff has asserted a cause of action for property damage to their pier in Quonset Point, North Kingstown, Rhode Island on April 15-16, 2007. Defendant has counterclaimed for damage to two tugs as a result of the alleged insufficiency of the piers and the actions of the Plaintiff.

The parties appeared before this Honorable Court on January 8, 2008. At that time, the court set a close of fact discovery for May 31, 2008, with the close of expert discovery for July 31, 2008. Since that time, the parties have conducted paper discovery and have completed the deposition of William Ziegler, one of the principle fact witnesses. The parties also attended a mediation session before Magistrate Judge Lovegreen.

The plaintiff had noticed the deposition of Kevin Hunt, the principal officer of Defendant Hunt Marine I, LLC. A dispute about that deposition has entailed, which is scheduled for hearing before this Honorable Court on June 18, 2008. Depending on this Honorable Court's ruling, the Plaintiff may still wish to take the depositions of Mr. Hunt and surveyor Kevin Clarke.

Plaintiff has indicated that he does not oppose the Motion.

Accordingly, Defendant prays that the extension of time to complete fact discovery be extended to June 30, 2008, the time to complete all discovery be extended to September 1, 2008, and the time for filing dispositive Motions be extended until September 1, 2008.

WHEREFORE, Defendant prays this Honorable Court grant its Motion for Extension of Time to Complete Fact Discovery for 30 days, up to and including June 30, 2008, with concurrent extensions of time to complete all discovery and for the filing of dispositive Motions also extended for 30 days.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_**"/S/Robert E. Collins"**_

**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 30th day of May, 2008.

Notice will be electronically mailed to:

Jeffrey P. Finan jpf@finangrourke.com

Gino A. Zonghetti gzonghetti@kszlaw.com

"/S/Robert E. Collins"_