**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant.**

**DEFENDANT'S MOTION TO SUBMIT SUR-REPLY MEMORANDUM**

Now comes the defendant, Hunt Marine I, LLC, in the above-entitled action, by and through its undersigned attorneys, and hereby submits its Motion to Submit a Sur-Reply Memorandum, to include the medical records for the claimed surgery on April 9, 2008 and the injury to the defendant's leg. This sur-reply is requested because plaintiff's counsel, in its Reply Memorandum, noted the lack of any medical documentation.

**WHEREFORE,** the defendant prays this Honorable Court grant its Motion to Submit Sur-Reply Memorandum.

Respectfully submitted,

**CLINTON & MUZYKA, P.C.**

**_"/s/Robert E. Collins"**

**Robert E. Collins**
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 16th day of June, 2008.

Notice will be electronically mailed to:

Jeffrey P. Finan jpf@finangrourke.com

Gino A. Zonghetti gzonghetti@kszlaw.com

_"/S/Robert E. Collins"_