**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO: 07-343T**

**SENESCO MARINE, LLC,**
**Plaintiff,**

**VS.**

**HUNT MARINE I, LLC,**
**Defendant.**

## DEFENDANT'S SUR-REPLY MEMORANDUM

Now comes the defendant, Hunt Marine I, LLC, in the above-entitled action, by and through its undersigned attorneys, and hereby submits its Sur-Reply Memorandum as follows:

This matter involves a property damage claim involving damage to piers at Senesco Marine, LLC on April 15-16, 2007. Plaintiff has filed a Motion to Strike Defendant's Answer to the Complaint, which is set for hearing on June 18, 2008.

In plaintiff's Opposition, it noted the lack of medical documentation from Kevin Hunt for his failure to attend the deposition. The defendant attaches hereto the Operative Report for surgery on Mr. Hunt's right middle finger on April 9, 2008.

The defendant also attaches hereto the emergency room records and prescription records for the leg injury to

Kevin Hunt. The defendant notes that the emergency room records indicate that Mr. Hunt sustained an injury three (3) days ago while jumping from one boat to another. The history indicates that he slipped and jammed both shins into the rail.

The prescription records also support the allegations contained in Kevin Hunt's Affidavit.

Respectfully submitted,

**CLINTON & MUZYKA, P.C.**

**_"/s/Robert E. Collins"**
**Robert E. Collins**
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 16th day of June, 2008.

Notice will be electronically mailed to:

Jeffrey P. Finan jpf@finangrourke.com

Gino A. Zonghetti gzonghetti@kszlaw.com

_"/S/Robert E. Collins"_