**OPERATIVE REPORT**
**DUDLEY STREET OPERATORY**

| | |
|---|---|
| **NAME:** | **Kevin Hunt** |
| **DATE:** | April 9, 2008 |
| **PREOPERATIVE DIAGNOSIS:** | Right middle finger trigger. |
| **POSTOPERATIVE DIAGNOSIS:** | Same. |
| **SURGEON:** | Arnold-Peter C. Weiss, M.D. |
| **ASSISTANT:** | Alexandra J. Sarnowski, PA-C |
| **PROCEDURE:** | Release of right middle finger A-1 pulley. |
| **ANESTHESIA:** | 1% Xylocaine/.25% Marcaine block. |

**INDICATIONS FOR PROCEDURE:** The patient has had persistent triggering of the above finger refractory to conservative management. The risks and benefits of surgical release were explained.

**DESCRIPTION OF PROCEDURE:** The patient was placed in the usual supine position and prepped and draped in normal sterile fashion. After adequate tourniquet exsanguination of the upper extremity to 250 mm of Mercury, a standard 1.5 cm oblique incision was made over the trigger digit A-1 pulley. Careful subcutaneous dissection was accomplished using curved dissecting scissors using Ragnell retractors to gently retract the neurovascular bundles on each side of the flexor sheath. Under direct vision, a #15 blade was used to incise the A-1 pulley completely from proximal to distal for complete release. A portion of the palmar pulley was also released to afford good tendon gliding. Both the FDS and FDP tendons were individually checked for good excursion which was noted. The wound was copiously irrigated and the skin closed using horizontal mattress #5-0 nylon sutures. A sterile dressing was placed for protection. The patient tolerated the procedure well and was returned to the recovery room in stable condition. I was present for the entire surgical procedure.

Arnold-Peter C. Weiss, M.D.

APCW/jnm

TOTAL P.01

**SOUTH COUNTY HOSPITAL**
100 Kenyon Avenue
Wakefield, Rhode Island 02879

**PATIENT:** HUNT,KEVIN M
**LOCATION:** EC,
**DOB:** 04/04/1957
**ACCOUNT:** V00013266000
**ORDERING PHYSICIAN:** CROUSE, ROBERT J MD
0415-0011 EDX/ED BILATERAL LOWER LEGS

**MR#:** M000131991
**SEX:** M
**REPORT #:** 0416-0009
**STATUS:** DEP ER
**EXAM DATE:** 04/15/08

DI REPORT

BILATERAL LOWER LEGS, 4/15/08:

HISTORY: Fall.

Frontal and lateral views of each lower leg are obtained.

FINDINGS: There is no visible fracture. The bones are adequately mineralized. There is arthropathy present here at the level of the ankles bilaterally. There is also calcaneal spurring bilaterally. Some arthropathy at the level of the knees is felt to be present as well.

IMPRESSION: No evidence for fracture. there is arthropathy at the level of the knees and ankles along with calcaneal spurring bilaterally.

Dictated by: SILVERSTEIN,JEFFREY 04/15/08 1331
Transcribed by: JES 04/16/08 0830
Electronically Signed by: SILVERSTEIN,JEFFREY 04/18/08 0804
Electronically Signed by: 04/18/08 0804

CC: CROUSE, ROBERT J MD; CROUSE, ROBERT J MD; MILLERICK JR, THOMAS MD!

Signed

SOUTH COUNTY HOSPITAL
100 Kenyon Avenue, Wakefield, RI 02879
Telephone (401)782-8000
TDD (For the (401)789-1410

CZS 6041

**ED RECORD Physician Orders**

IV000132bb000
H000131991
HUNT, KEVIN M
04/15/2008 EC
DOB 04/04/1957 M 51Y
HOUSE, ROBERT MD

DATE 4-15-08

Name: Hunt DOB 4-4-5

**ALLERGIES** NKDA

| TIME | ORDER | Given by |
|---|---|---|
| | ☐ OLD MEDICAL RECORD | |
| | ☐ I.V. | |
| | | |
| | ☐ Cardiac Monitoring | |
| | ☐ Stat EKG ☐ Repeat 1/2 hr | |
| | ☐ Oxygen: @ l/min Via: | |
| | ☐ O2 Sat Monitoring | |
| | ☐ NEBULIZER THERAPY ☐ w/Peak Flow | |
| | TYPE: | |
| | TYPE: | |
| | ☐ Diptheria & Tetanus Toxoid 0.5mL IM | |
| | ☐ SSMH / Psych Consultation | |

| TIME | ORDER | Given by |
|---|---|---|
| | Ace wrap [illegible] | |

Nurse's signature
Initials ______ Sig.
Initials ______ Sig.

## LABORATORY

☐ CBC w/diff and platelets
☐ BMP
☐ Amylase
☐ Lipase
☐ Magnesium
☐ HFP
☐ BNP
☐ CPK
☐ Troponin ☐ Repeat 3hrs
☐ D-Dimer
☐ ESR
☐ Serum Ketones
☐ PT/PTT
Anticoag Therapy
☐ Serum HCG Quant / Qual
☐ Type & Screen
☐ Crossmatch units

☐ U/A Culture if indicated
POC Testing:
☐ UCG
☐ Urine Dip
☐ Glucose
☐ Tox Screen(Comb)
☐ ETOH
☐ S-Tox
☐ U-Tox
☐ Acetaminophen
☐ Salicylate
☐ Lyme Titre
☐ Carboxyhemoglobin
☐
☐
☐

☐ **ED Acute Stroke Panel**
Stat Head CT
CBC, BMP, PT/PTT U/A Culture if indicated
EKG, Port CXR

Cultures — **Microbiology**
☐ BLOOD: ☐ X1 ☐ X2
☐ URINE
☐ Wound
Site ______
☐ MRSA Screen
☐ Group A Strep

Other tests
☐ Wet Prep
☐ Strep Screen
☐ Culture if neg
☐ RSV antigen
☐ FLU A/B antigen
☐ GC/Chlamydia by DNA probe

☐ ED CSF Panel
Tube 1 = Cell count / Diff
Tube 2 = Glucose/Protein
Tube 3 = Gram stain, Culture, Lyme titer
Tube 4 = Repeat Cell count / Diff

☐ **ED M.I. Panel** CBC, BMP, PT/PTT
Troponin - w/ repeat in 3hrs
AST, LDH, CPK, CPK-MB, MG, BNP
Port CXR, EKG w/repeat 1/2 hr

☐ **ED Abdominal Pain Panel**
CBC, BMP, Amylase, Lipase, LFT
POC UCG EKG
U/A Culture if indicated

☐ **ED TRAUMA Panel**
CBC, BMP, Amylase, Lipase, ETOH
Blood Bank to Hold,
U/A Culture if indicated POC UCG
C-Spine, CXR, Pelvis X-Ray EKG

☐ **ED Obstetric Panel** Serum Quant HCG
CBC, Blood Type & Rh factor,
EndoVaginal Ultrasound
U/A Culture if indicated

## DIAGNOSTIC IMAGING

| TIME | TYPE OF EXAM | | | | CLINICAL HISTORY |
|---|---|---|---|---|---|
| | ☐ Chest | ☐ Portable | ☐ PA/LAT | | |
| | ☐ C- Spine | ☐ Portable 1st | ☐ 5-View | ☐ 3-View | |
| | ☐ T-Spine | ☐ L-S Spine | ☐ Coccyx | | |
| | ☐ Abdomen | ☐ KUB | ☐ Flat & Upright | | |
| | ☐ Hip ☐ Pelvis | ☐ Left ☐ Right | ☐ Shoulder | ☐ Left ☐ Right | |
| | ☐ Knee | ☐ Left ☐ Right | ☐ Forearm | ☐ Left ☐ Right | |
| 1113 | ☒ Lower Leg | ☒ Left ☒ Right | ☐ Wrist | ☐ Left ☐ Right | |
| | ☐ Ankle | ☐ Left ☐ Right | ☐ Hand | ☐ Left ☐ Right | |
| | ☐ Foot | ☐ Left ☐ Right | ☐ ____ Finger | ☐ Left ☐ Right | |
| | ☐ Other ______ | | ☐ Other ______ | | |
| | ☐ CT Head | ☐ CT Facial Bones | | | |
| | ☐ CT Abdomen | ☐ Contrast | ☐ NON-Contrast | ☐ CT Urogram | |
| | ☐ CT Other: | | | | |
| | ☐ Ultrasound: | | | | |
| | ☐ MRI: | | | ☐ Screen Complete | |

**ED Physician** [signature]

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

11

South County Hospital

# EMERGENCY PHYSICIAN RECORD

## Lower Extremity Injury (4)

Hunt V00013266000 V000131991

HUNT, KEVIN H

TIME SEEN: 1110 ☐ on arrival ROOM: 1 __ EMS Arrival

HISTORIAN: patient spouse paramedics

__HX / __EXAM LIMITED BY:

**HPI**

**chief complaint:** Injury to: right / left
foot ankle leg knee thigh hip

**duration / occurred:**
just prior to arrival
today
yesterday
3 days ago

**where:**
home school
neighbor's park
work street

**context:** fell twisted direct blow inclsed burn
was jumping from one boat to another, slipped, slammed both shins into rail

**severity of pain:** mild moderate severe

**associated symptoms:** painful / unable to bear weight
snap / crack / pop sensation

**location of injury:**
R LE foot toes
L LE foot toes

**ROS** tingling / numbness distally suspected FB (skin lac)
head / neck / other injuries recent illness

**PAST HX** __negative prior injury
diabetes Type 1 Type 2 diet / oral / insulin
HTN, hypercholesterolemia

Meds- __none / see nurses note
Allergies- NKDA / see nurses note

☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☐ Tetanus immun. UTD

**PHYSICAL EXAM**

**General Appearance**
__no acute distress
✓ alert
__c-collar (PTA / in ED) / backboard
__mild / moderate / severe distress
__anxious

**EXTREMITIES**

**FOOT**
✓ nml inspection
✓ non-tender
✓ nml color / temp
✓ skin intact
__see diagram
__tenderness soft-tissue / bony
__swelling / ecchymosis
__deformity
__pulse deficit

**ANKLE**
✓ nml inspection
✓ non-tender
✓ nml ROM
✓ no joint swelling
✓ skin intact
__see diagram
__tenderness soft-tissue / bony
__swelling / ecchymosis
__limited ROM
__laxity of ligaments
__deformity

**LEG**
__nml inspection
__non-tender
✓ no evidence of ischemia
✓ see diagram
✓ tenderness soft-tissue / bony
✓ swelling / ecchymosis
__limited ROM

**KNEE**
__nml inspection
__non-tender
✓ nml ROM
__stable
✓ see diagram
✓ tenderness soft-tissue / bony
✓ ecchymosis
✓ joint effusion / swelling
__limited ROM
__deformity

*Ligaments-*
✓ pain / laxity on anterior drawer
✓ pain / laxity on posterior drawer
✓ pain / laxity on medial stress
✓ pain / laxity on lateral stress

**THIGH / HIP**
✓ nml inspection
__tenderness soft-tissue / bony
__swelling / ecchymosis
__limited hip ROM
__hip pain on leg movement




T=Tenderness S=Swelling E=Ecchymosis
B=Burn C=Contusion Lac=Laceration
A=Abrasion PW=puncture wound
(Ø =without m=mild mod=moderate s=severe)
*Example- Trs = Tenderness on palpation (severe)*

**GAIT**
✓ normal
__limited by pain / unable to bear weight
__antalgic gait
__gait not tested due to pain

**NEURO / VASC / TENDON**
✓ sensation intact
✓ motor intact
✓ no vascular compromise
__sensory / motor deficit
__pallor / cool skin / abnml cap refill
__pulse deficit
__deficit in tendon function

Revell Robert (dob: 4/4/57)

**SKIN**
✓ warm, dry
__diaphoretic / cool / cyanotic
__ecchymosis / abrasion / laceration

**HEAD / ENT**
__nml inspection
__pharynx nml
__tenderness
__swelling / ecchymosis

**NECK / BACK**
__nml inspection
__non-tender
__tenderness
__swelling / ecchymosis

**RESPIRATORY**
__chest non-tender
__breath sounds nml
__tenderness
__swelling / ecchymosis / abrasions
__crepitus / subcutaneous emphysema
__decreased breath sounds
__wheezes / rales / rhonchi

**CVS**
__heart sounds nml
__tachycardia / bradycardia

**ABDOMEN**
__non-tender
__no organomegaly
__tenderness / guarding

## PROCEDURES

### Wound Description / Repair

length______cm location
linear irregular flap stellate
superficial *subcut *muscle through-and-through
contused tissue
clean contaminated *moderately / *heavily*
**distal NVT:** neuro & vascular status intact no tendon injury
**anesthesia:** local LET / tetracaine / adrenaline / cocaine ______mL
marcaine 0.25% 0.5% lidoc 1% 2% epi / bicarb digital / metatarsal block
**prep:**
Shur-Clens / Betadine / wnd clnsr
irrigated / washed w/ saline — *minimal / mod. / *extensive*
debrided — *minimal / *mod. / *extensive*
wound explored
undermined — *minimal / mod. / *extensive*
foreign material removed — *partially completely* — *minimal / mod. / *extensive*
*wound margins revised
multiple flaps aligned
no foreign body identified

**repair:** *Wound closed with:* *wound adhesive / steri-strips*
SKIN- #______ ______-0 nylon / prolene / staples — *interrupted running simple mattress (h / v)*
*SUBCUT- #______ ______-0 vicryl / chromic — *interrupted running simple mattress (h / v)*
OTHER- #______ ______-0 — *interrupted running simple mattress (h / v)*
*may indicate intermediate repair ^may indicate complex repair

**KNEE-**
knee immobilizer crutches neoprene sleeve
arthrocentesis done after betadine prep: _____ mL
of serous serosanguinous bloody fluid removed

**ANKLE-**
ace wrap / tape boot orthosis crutches post-op shoe
air cast neoprene
splint *stirrup / posterior* OCL / Ortho-glass / plaster
applied by ED Physician / Orthopedist / Tech

examined post splint application
neurovasc intact alignment good

### XRAYS
☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiolog.

*R / L* (circled) *foot ankle* *tib/fibula* (circled) *knee femur hip*

__normal / NAD
__no fracture (circled)
__~~nml alignment~~
__no foreign body
__DJD
__dislocation
__soft-tissue swelling
__foreign body
__fracture *non-displaced displaced*
*transverse oblique comminuted angulated impacted torus*

*Other study:*

☐ See separate report

## PROGRESS

*Time*______ unchanged improved re-examined

Plan: D/C home
Ace wraps / ice
Continue on crutches
Rx Vicodin
Fu Ortho
Return if problems
Pt agrees to plan

✓ Rx given Vicodin
__referred to / discussed with Dr. Ortho
*will see patient in: ED / hospital / office in* 2-3 *days*

## CLINICAL IMPRESSION

*Fall Alleged Assault*

Contusion R / L hip thigh leg
Hematoma knee ankle foot
Laceration
Sprain / Strain / Dislocation
Fracture R / L *stabilized / restorative*
tibia *distal / shaft / proximal*
fibula *distal / shaft / proximal*
bimalleolar trimalleolar talus calcaneus
navicular metatarsal phalanx#:
Internal Derangement of Knee R / L
Contusion (L) lower leg

DISPOSITION- ☒ home ☐ admitted ☐ transferred
CONDITION- ☐ unchanged ☐ improved ☒ stable

PHYSICIAN SIGNATURE- [signature]

Privacy | Terms of use | View Message | Logout

UnitedHealthcare

Prescriptions & benefits
- Order prescriptions
- Order status
- → Claims & balances
- Price a medication
- Forms & cards
- Prescription history
- Locate a pharmacy

Planning & Reference
- Benefit highlights
- My Rx Choices *New!*
- Drug information
- Prescription Drug List
- For your doctor visit

Nonprescription items

Help & preferences
- Search this site
- Help center
- Getting Started
- About us
- Update your profile
- Contact us
- Site map

# Claims & balances

Glossary | Help

**You could save money on prescription costs**

Use ***My Rx Choices***® to find out whether there are lower-cost options for medications you take on an ongoing basis.

▸ Click here to see if you could save.

**You could save more than $350/year on the prescription drugs you take on an ongoing basis!***

* Average annual savings calculations are projected from a pilot study of more than 1 million savings opportunities.

Find your prescription claim details and mail order payment details here. Simply select from the tabs below.

Prescription claims | Mail order payments

## Prescription claims (Apr 01, 2008 - Apr 30, 2008)

Change date range | Household view | Print this page*

The claims below include only those prescriptions that have been processed to date. To see claims in a different date range (up to the past 18 months), click on the "change date range" link above.

## 2008 Prescription claims

### Patient: Kevin Hunt

| Claims | Plan paid* | You paid |
|---|---|---|
| Rx Number: **0923828**<br>**Date of service:** 04/10/08<br>**Drug information:** Amox/clav Pot Tabs 875/125<br>**Filled at:** CVS PHARMACY #2065<br>View Rx history for more details | $27.01 | $10.00 |
| Rx Number: **0924011**<br>**Date of service:** 04/10/08<br>**Drug information:** Roxicet(oxycodone) Tabs 5/325mg<br>**Filled at:** CVS PHARMACY #2065<br>View Rx history for more details | $0.00 | $10.00 |
| Rx Number: **1024846**<br>**Date of service:** 04/15/08<br>**Drug information:** Suboxone Sl Tabs 2/0.5mg<br>**Filled at:** RITE AID #10238<br>View Rx history for more details | $119.60 | $50.00 |
| Rx Number: **0926339**<br>**Date of service:** 04/16/08<br>**Drug information:** Nitroquick Sl Tab 25's 0.4mg 1/150gr<br>**Filled at:** CVS PHARMACY #2065<br>View Rx history for more details | $0.00 | $10.00 |

& Balances - medco.com ® Page 2 of 2

| | | |
|---|---|---|
| Rx Number: **0926728**<br>**Date of service:** 04/17/08<br>**Drug information:** Hydrocodone Bit/apap Tabs 5/500mg<br>**Filled at:** CVS PHARMACY #2065<br>View Rx history for more details | $0.00 | $10.00 |
| **Subtotal:** | **$146.61** | **$90.00** |

**Patient: Victoria Hunt**

**Claims**

| | Plan paid* | You paid |
|---|---|---|
| Rx Number: **0929513**<br>**Date of service:** 04/22/08<br>**Drug information:** Adderall Xr Caps 5mg<br>**Filled at:** CVS PHARMACY #2065<br>View Rx history for more details | $102.06 | $30.00 |
| **Subtotal:** | **$102.06** | **$30.00** |
| **Household Total for 2008:** | **$248.67** | **$120.00** |

Change date range | Household view | Print this page*

*To print this information, you will need the Adobe® Reader® plug-in. If you do not have this plug-in, you will need to download a free copy first.

Get Adobe Reader

*This amount does not include any rebates that your insurer or employer may receive.

As a reminder, when you registered with our site, you asked us to display complete drug names. If you wish to change this option, click here to update your profile.

**Household View: share your profile**
Household View allows you to grant or be granted access to view the prescriptions of other members of your household and order on their behalf. If you do not see a household member's prescription information, they may not have granted you access to view their prescriptions. Click here to learn more.

^back to top

# Prescription detail: retail

- View mail order prescriptions
- View retail prescriptions
- View prescriptions you have hidden from view (Rx archive)

**Kevin (DOB:04/04/1957)** Return to summary

0924011 Roxicet(oxycodone) Tabs 5/325MG
Date written: **Apr 10, 2008**

| Approved Quantity Dispensed | Approved Days Supply | Last Date of Service | Claim Status |
|---|---|---|---|
| 40 | 3 | Apr 10, 2008 | Successfully Processed |

**CVS PHARMACY #2065**
684 Kingstown Rd
Wakefield, RI 02879
**Phone:** 401-783-3384

As a reminder, when you registered with **UnitedHealthcare**, you asked us to display complete drug names. If you wish to change this option, click here to update your profile.

The retail prescription information displayed above is based on data provided to Medco by your local retail pharmacies Click here for more information and related notes.

**Household View: share your profile**
Household View allows you to grant or be granted access to view the prescriptions of other members of your household and order on their behalf. If you do not see a household member's prescription information, they may not have granted you access to view their prescriptions. Click here to learn more.

Shopping cart
Check for items you may be able to order today.

Save on prescriptions.
Use the *My Rx Choices* program to look for medication alternatives. Go

Discover our newest, easy way to pay




Enroll now in e-check

**Refill Too Soon Information.**
In the event your medication refill will not process at the pharmacy because it was requested prior to the expiration date of your last medication fill ("refill too soon"), you may contact the Customer Service number on your ID card to determine if an exception is available. Exceptions to filling a medication prior to a scheduled refill date can be made in certain circumstances such as, a vacation supply is needed or the daily dose or therapy is changed by the prescriber.

**What is the most important information I should know about acetaminophen and oxycodone?**
Tell your doctor if you drink more than three alcoholic beverages per day or if you have ever had alcoholic liver disease (cirrhosis). You may not be able to take medication that contains acetaminophen.

Oxycodone may be habit-forming and *should be used only by the person it was prescribed for*. Keep the medication in a secure place where others cannot get to it.

This medication can cause side effects that may impair your thinking or reactions. Be careful if you drive or do anything that requires you to be awake and alert.

^back to top
**What is acetaminophen and oxycodone?**
Oxycodone is in a group of drugs called narcotic pain relievers. Acetaminophen is a less potent pain reliever that increases the effects of oxycodone. The combination of acetaminophen and oxycodone is used to relieve moderate to severe pain. Acetaminophen and oxycodone may also be used for other purposes not listed in this medication guide.

^back to top
**What should I discuss with my healthcare provider before taking acetaminophen and oxycodone?**

Do not use this medication if you are allergic to acetaminophen (Tylenol) or oxycodone.

Oxycodone may be habit-forming and *should be used only by the person it was prescribed for*. Acetaminophen and oxycodone should never be given to another person, especially someone who has a history of drug abuse or addiction. Keep the medication in a secure place where others cannot get to it.

Before using acetaminophen and oxycodone, tell your doctor if you are allergic to any drugs, or if you have:

- asthma, COPD, sleep apnea, or other breathing disorders;
- liver or kidney disease;

- a history of head injury or brain tumor;
- epilepsy or other seizure disorder;
- low blood pressure;
- a stomach, intestinal, or pancreas disorder;
- underactive thyroid;
- Addison's disease or other adrenal gland disorder;
- enlarged prostate, urination problems;
- curvature of the spine;
- mental illness; or
- a history of drug or alcohol addiction.

If you have any of these conditions, you may need a dose adjustment or special tests to safely take this medication. Tell your doctor if you drink more than three alcoholic beverages per day or if you have ever had alcoholic liver disease (cirrhosis). You may not be able to take medication that contains acetaminophen.

FDA pregnancy category C. This medication may be harmful to an unborn baby, and could cause breathing problems or addiction/withdrawal symptoms in a newborn. Tell your doctor if you are pregnant or plan to become pregnant during treatment.

Acetaminophen and oxycodone may pass into breast milk and could harm a nursing baby. Do not use this medication without telling your doctor if you are breast-feeding a baby.

^back to top

**How should I take acetaminophen and oxycodone?**

Take this medication exactly as it was prescribed for you. Do not take it in larger amounts, or use it for longer than recommended by your doctor. Follow the directions on your prescription label. Tell your doctor if the medicine seems to stop working as well in relieving your pain.

An overdose of acetaminophen can cause serious harm to your liver. The maximum amount of acetaminophen for adults is 1 gram (1000 mg) per dose and 4 grams (4000 mg) per day. One acetaminophen and oxycodone tablet may contain up to 650 mg of acetaminophen. Know the amount of acetaminophen in the specific product you are taking.

Measure the liquid form of this medication with a special dose-measuring spoon or cup, not a regular table spoon. If you do not have a dose-measuring device, ask your pharmacist where you can get one.

Drink 6 to 8 full glasses of water daily to help prevent constipation while you are taking acetaminophen and oxycodone. Do not use a stool softener (laxative) without first asking your doctor.

You may have withdrawal symptoms when you stop using acetaminophen and oxycodone after using it over a long period of time. Do not stop using this medication suddenly without first talking to your doctor. You may need to use less and less before you stop the medication completely.

This medication can cause you to have unusual results with certain urine tests. Tell any doctor who treats you that you are using acetaminophen and oxycodone. If you need to have any type of surgery, tell the surgeon ahead of time that you are using acetaminophen and oxycodone. You may need to stop using the medicine for a short time.

Store acetaminophen and oxycodone at room temperature away from moisture and heat.

Keep track of how many tablets have been used from each new bottle of this medicine. Oxycodone is a drug of abuse and you should be aware if any person in the household is using this medicine improperly or without a prescription.

^back to top

**What happens if I miss a dose?**

Since acetaminophen and oxycodone is taken as needed, you may not be on a dosing schedule. If you are taking the medication regularly, take the missed dose as soon as you remember. If it is almost time for the next dose, skip the missed dose and wait until your next regularly scheduled dose. *Do not* use extra medicine to make up the missed dose.

^back to top

**What happens if I overdose?**

Seek emergency medical attention if you think you have used too much of this medicine. *An overdose of acetaminophen and oxycodone can be fatal.*

Overdose symptoms may include extreme drowsiness, pinpoint pupils, nausea, vomiting, dark urine, jaundice (yellowing of the skin or eyes), confusion, cold and clammy skin, muscle weakness, fainting, weak pulse, coma, blue lips, shallow breathing, or no breathing.

^back to top

**What should I avoid while taking acetaminophen and oxycodone?**

This medication can cause side effects that may impair your thinking or reactions. Be careful if you drive or do anything that requires you to be awake and alert.

Do not use any other over-the-counter cough, cold, allergy, or pain medication without first asking your doctor or pharmacist. Acetaminophen is contained in many medicines available over the counter. Read the label of any other medicine you are using to see if it contains acetaminophen.

Avoid drinking alcohol while taking acetaminophen and oxycodone. Alcohol may increase your risk of liver damage while taking acetaminophen.

Cold or allergy medicine, sleeping pills, muscle relaxers, and medicine for seizures, depression or anxiety can add to sleepiness caused by oxycodone. Tell your doctor if you regularly use any of these medicines, or any other narcotic pain medicine.

# Prescription detail: retail

- View mail order prescriptions
- View retail prescriptions
- View prescriptions you have hidden from view (Rx archive)

**Kevin (DOB:04/04/1957)** Return to summary

0923828 Amox/clav Pot Tabs 875/125
Date written: Apr 10, 2008

| Approved Quantity Dispensed | Approved Days Supply | Last Date of Service | Claim Status |
|---|---|---|---|
| 20 | 10 | Apr 10, 2008 | Successfully Processed |

**CVS PHARMACY #2065**
684 Kingstown Rd
Wakefield, RI 02879
**Phone:** 401-783-3384

As a reminder, when you registered with **UnitedHealthcare**, you asked us to display complete drug names. If you wish to change this option, click here to update your profile.

The retail prescription information displayed above is based on data provided to Medco by your local retail pharmacies Click here for more information and related notes.

**Household View: share your profile**
Household View allows you to grant or be granted access to view the prescriptions of other members of your household and order on their behalf. If you do not see a household member's prescription information, they may not have granted you access to view their prescriptions. Click here to learn more.

Shopping cart
Check for items you may be able to order today.

Save on prescriptions.
Use the *My Rx Choices*® program to look for medication alternatives. Go

Discover our newest, easy way to pay
View our demo on electronic checking
Enroll now in e-check

**Refill Too Soon Information.**
In the event your medication refill will not process at the pharmacy because it was requested prior to the expiration date of your last medication fill ("refill too soon"), you may contact the Customer Service number on your ID card to determine if an exception is available. Exceptions to filling a medication prior to a scheduled refill date can be made in certain circumstances such as, a vacation supply is needed or the daily dose or therapy is changed by the prescriber.

Close window

# Drug Information for Amox/clav Pot Tabs

The drug information below is for informational purposes.

| Chemical Name | Drug Type |
|---|---|
| **amoxicillin and clavulanate potassium** *(pronounced am OX ih sil in KLAV yoo la nayt po TASS ee um)* | **beta-lactamase inhibitors** |

| Brand Name Example(s) | Supplied As | Strength |
|---|---|---|
| Augmentin | tablet | 875 mg-125 mg, 500 mg-125 mg, 250 mg-125 mg |
| Augmentin | tablet, chewable | 400 mg-57 mg, 250 mg-62.5 mg, 200 mg-28.5 mg, 125 mg-31.25 mg |
| Augmentin ES-600 | powder for reconstitution | 600 mg-42.9 mg/5 mL |
| Augmentin XR | tablet, extended release | 1000 mg-62.5 mg |


- What is the most important information I should know about amoxicillin and clavulanate potassium?
- What is amoxicillin and clavulanate potassium?
- What should I discuss with my healthcare provider before taking amoxicillin and clavulanate potassium?
- How should I take amoxicillin and clavulanate potassium?
- What happens if I miss a dose?
- What happens if I overdose?
- What should I avoid while taking amoxicillin and clavulanate potassium?
- What are the possible side effects of amoxicillin and clavulanate potassium?
- What other drugs will affect amoxicillin and clavulanate potassium?
- Where can I get more information?


## What is the most important information I should know about amoxicillin and clavulanate potassium?

If you have ever had an allergic reaction to penicillin or to a cephalosporin, you may also be allergic to amoxicillin and clavulanate potassium. Tell your doctor about any past drug allergies.

If you switch from one tablet form to another (regular, chewable, or extended-release tablet), take only the new tablet form and strength prescribed for you. The

strength of clavulanate potassium is not the same among the different tablet forms, even though the amount of amoxicillin may be the same as in the tablet you were using before. This medicine may not be as effective or could be harmful if you do not use the exact tablet form your doctor has prescribed.

Take this medication for the entire length of time prescribed by your doctor. Your symptoms may get better before the infection is completely treated. Amoxicillin and clavulanate potassium will not treat a viral infection such as the common cold or flu.

Amoxicillin and clavulanate potassium can pass into breast milk and may cause a yeast infection, diarrhea, or allergic reaction in a nursing baby. Do not use this medication without telling your doctor if you are breast-feeding a baby.

Amoxicillin and clavulanate potassium can make birth control pills less effective. Use a second non-hormone method of birth control (such as a condom, diaphragm, spermicide) to prevent pregnancy while taking amoxicillin and clavulanate potassium.

^back to top

**What is amoxicillin and clavulanate potassium?**

Amoxicillin and clavulanate potassium is an antibiotic in a group of drugs called penicillins. Amoxicillin and clavulanate potassium fights bacteria in the body. Amoxicillin and clavulanate potassium is used to treat many different infections caused by bacteria, such as sinusitis, pneumonia, ear infections, bronchitis, urinary tract infections, and infections of the skin. Amoxicillin and clavulanate potassium may also be used for purposes other than those listed in this medication guide.

# Prescription detail: retail

- View mail order prescriptions
- View retail prescriptions
- View prescriptions you have hidden from view (Rx archive)

**Kevin (DOB:04/04/1957)** Return to summary

0926728 Hydrocodone Bil/apap Tabs 5/500MG
Date written: **Apr 17, 2008**

| Approved Quantity Dispensed | Approved Days Supply | Last Date of Service | Claim Status |
|---|---|---|---|
| 20 | 3 | Apr 17, 2008 | Successfully Processed |

**CVS PHARMACY #2065**
684 Kingstown Rd
Wakefield, RI 02879
**Phone:** 401-783-3384

As a reminder, when you registered with **UnitedHealthcare**, you asked us to display complete drug names. If you wish to change this option, click here to update your profile.

The retail prescription information displayed above is based on data provided to Medco by your local retail pharmacies Click here for more information and related notes.

**Household View: share your profile**
Household View allows you to grant or be granted access to view the prescriptions of other members of your household and order on their behalf. If you do not see a household member's prescription information, they may not have granted you access to view their prescriptions. Click here to learn more.

Shopping cart
Check for items you may be able to order today.

Save on prescriptions.
Use the *My Rx Choices* program to look for medication alternatives. Go

Discover our newest, easy way to pay
View our demo on electronic checking
Enroll now in e-check

**Refill Too Soon Information.**
In the event your medication refill will not process at the pharmacy because it was requested prior to the expiration date of your last medication fill ("refill too soon"), you may contact the Customer Service number on your ID card to determine if an exception is available. Exceptions to filling a medication prior to a scheduled refill date can be made in certain circumstances such as, a vacation supply is needed or the daily dose or therapy is changed by the prescriber.

Close window

## Drug Information for Hydrocodone Bit/apap Tabs

The drug information below is for informational purposes.

| Chemical Name | Drug Type |
|---|---|
| **acetaminophen and hydrocodone** *(pronounced a SEET a MIN oh fen and hye droe KOE done)* | **narcotic analgesic combinations** |

| Brand Name Example(s) | Supplied As | Strength |
|---|---|---|
| Anexsia | tablet | 660 mg-10 mg, 650 mg-7.5 mg, 500 mg-5 mg, 325 mg-7.5 mg, 325 mg-5 mg |
| Anolor DH5 | capsule | 500 mg-5 mg |
| Bancap HC | capsule | 500 mg-5 mg |
| Co-Gesic | tablet | 500 mg-5 mg |
| Dolacet | capsule | 500 mg-5 mg |
| Dolorex Forte | capsule | 500 mg-5 mg |
| Hy-Phen | tablet | 500 mg-5 mg |
| Hycet | solution | 325 mg-7.5 mg/15 mL |
| Liquicet | solution | 500 mg-10 mg/15 mL |
| Lorcet 10/650 | tablet | 650 mg-10 mg |
| Lorcet HD | capsule | 500 mg-5 mg |
| Lorcet Plus | tablet | 650 mg-7.5 mg |
| Lortab 10/500 | tablet | 500 mg-10 mg |
| Lortab 2.5/500 | tablet | 500 mg-2.5 mg |
| Lortab 5/500 | tablet | 500 mg-5 mg |
| Lortab 7.5/500 | tablet | 500 mg-7.5 mg |
| Lortab Elixir | elixir | 500 mg-7.5 mg/15 mL |
| Maxidone | tablet | 750 mg-10 mg |
| Norco | tablet | 325 mg-7.5 mg, 325 mg-5 mg, 325 mg-10 mg |
| Panacet | tablet | 500 mg-5 mg |
| Stagesic | capsule | 500 mg-5 mg |
| Stagesic-10 | tablet | 250 mg-10 mg |

| | | |
|---|---|---|
| T-Gesic | capsule | 500 mg-5 mg |
| Vanacet | tablet | 500 mg-5 mg |
| Vicodin | tablet | 500 mg-5 mg |
| Vicodin ES | tablet | 750 mg-7.5 mg |
| Vicodin HP | tablet | 660 mg-10 mg |
| Xodol | tablet | 300 mg-7.5 mg, 300 mg-10 mg |
| Xodol 5 | tablet | 300 mg-5 mg |
| Zydone | capsule | 500 mg-5 mg |
| Zydone | tablet | 400 mg-7.5 mg, 400 mg-5 mg, 400 mg-10 mg |


- What is the most important information I should know about acetaminophen and hydrocodone?
- What is acetaminophen and hydrocodone?
- What should I discuss with my healthcare provider before taking acetaminophen and hydrocodone?
- How should I take acetaminophen and hydrocodone?
- What happens if I miss a dose?
- What happens if I overdose?
- What should I avoid while taking acetaminophen and hydrocodone?
- What are the possible side effects of acetaminophen and hydrocodone?
- What other drugs will affect acetaminophen and hydrocodone?
- Where can I get more information?


## What is the most important information I should know about acetaminophen and hydrocodone?

Tell your doctor if you drink more than three alcoholic beverages per day or if you have ever had alcoholic liver disease (cirrhosis). You may not be able to take medication that contains acetaminophen.

Hydrocodone may be habit-forming and *should be used only by the person it was prescribed for*. Keep the medication in a secure place where others cannot get to it.

This medication can cause side effects that may impair your thinking or reactions. Be careful if you drive or do anything that requires you to be awake and alert.

Tell your doctor if the medicine seems to stop working

as well in relieving your pain.

^back to top

**What is acetaminophen and hydrocodone?**

Hydrocodone is in a group of drugs called narcotic pain relievers. Acetaminophen is a less potent pain reliever that increases the effects of hydrocodone. The combination of acetaminophen and hydrocodone is used to relieve moderate to severe pain. Acetaminophen and hydrocodone may also be used for purposes other than those listed in this medication guide.