UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SENESCO MARINE, LLC

v. C.A. No. 07-343-T

HUNT MARINE I, LLC

**ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER AND TO DISMISS DEFENDANT'S COUNTERCLAIM**

For reasons stated in open Court on June 18, 2008, the plaintiff's motion to strike defendant's answer and to dismiss defendant's counterclaim is CONDITIONALLY GRANTED. An order entering default in favor of Senesco Marine, LLC and dismissing the defendant's counterclaim will be entered unless the following conditions are met:

1. Mr. Hunt shall appear for his deposition at 10:00 a.m. on June 27, 2008 at the offices of Finan and Grourke, 24 Spring Street, Pawtucket, Rhode Island, unless counsel mutually agree to a different time and place; and

2. Within two weeks of the date of this order, the defendant shall pay the expenses and counsel fees incurred by Senesco Marine, LLC in connection with the depositions scheduled for April 10, 2008 and April 14, 2008, at which Mr. Hunt failed to appear, and the costs and expenses incurred in filing and arguing the instant motion.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: June 18 , 2008