**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

SENESCO MARINE, LLC

v. C.A. No. 07-343-T

HUNT MARINE I, LLC

**ORDER TO SHOW CAUSE**

Kevin Clarke is hereby ordered to appear on July 10, 2008 at 10:00 AM and show cause why he should not be held in contempt for failure to appear for his deposition on March 25, 2008 in response to the subpoena duces tecum that was served on him on March 14, 2008.

Plaintiff's counsel shall cause this order to be served upon Clarke no later than June 27, 2008 and shall file proof of service with the Court.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: June 19, 2008