UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------X
Senesco Marine, LLC,

Plaintiff, C.A. No. 07-343T

-against-

Hunt Marine I, LLC,

Defendant.

-----------------------------------X

**SUPPLEMENTAL AFFIDAVIT OF GINO A. ZONGHETTI**

State of New York )
ss.:
New York County )

Gino A. Zonghetti, being duly sworn, deposes and says:

1. I represent defendant/counterclaim plaintiff Senesco Marine, LLC ("Senesco") in this matter, having been duly admitted *pro hac vice* by the Honorable Court. This Affidavit is submitted in further support of Senesco's motion pursuant to Federal Rules of Civil Procedure 37(d) and 37(b)(2)(A)(B) &(C) seeking an order striking defendant Hunt Marine I, LLC's ("Hunt") Answer and dismissing Hunt's counterclaim as a result of the failure of Kevin Hunt, Hunt's principal, to appear for his duly noticed deposition in this matter, and for an order requiring Kevin Hunt to pay his

failure to appear for his deposition. Said motion was conditionally granted by the Court on June 18, 2008, and this Supplemental Affidavit is submitted as a result of the Court's order granting reasonable costs and fees.

2. The total costs incurred by plaintiff Senesco as a result of Kevin Hunt's failure to appear is in the amount of $4,650. Senesco incurred costs in the amount of $415.41, which is comprised of Amtrak train tickets purchased by the undersigned totaling $375 (proof of which was previously submitted by Senesco in its initial moving papers) for April 10th and 14th, 2008, and gasoline purchased by the undersigned to drive from New Jersey to Providence, Rhode Island on June 18, 2008 in the amount of $40.41 (Exhibit A). Attorneys' fees incurred by Senesco for the undersigned's preparation and travel to Pawtucket, Rhode Island for the purpose of deposing Kevin Hunt on April 10th and 14th, 2008, time spent drafting Senesco's moving and reply papers on this motion, and time spent traveling to court and attending the hearing on this motion on June 18, 2008, is in the amount of $4,650. This is based upon counsel, at the rate of $275 per hour, expending five hours each day attending and preparing for the deposition of Kevin Hunt, two hours preparing moving papers, one hour preparing reply papers, and four hours traveling to court and attending the hearing on June 18, 2008.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury the foregoing is true and accurate.

Dated: New York, New York
June 22, 2008

Gino A. Zonghetti

To: Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Craig Chesler, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Brooklyn, New York.

That, upon the 23rd day of June 2008, deponent served copies of the within:

**SUPPLEMENTAL AFFIDAVIT OF GINO A ZONGHETTI**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Kevin C. Clarke
R.I. Marine Survey
547 Thames Street
Newport, RI 02840

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

CRAIG CHESLER

Sworn to before me this
23rd day of June 2008

NOTARY PUBLIC

Monica A. Brescia
Notary Public, State of New York
No. 02BR6146685
Qualified in New York County
Commission Expires May 22, 2010

# Exhibit A

EXXON EXPRESS PAY

CHESTNUT RIDGE
EXXON ON THE RUN

DLR# 4704664
CHESTNUT RIDGE
MONTVALE NJ
06/17/08 20:09
ACCT#
AMEX XXXXXX2001 200
INV# NXX8435
AUTH# 525027
PUMP# 7

| | |
|---|---|
| Regular | 9.858G |
| SELF | |
| PRICE/GAL | $4.099 |
| FUEL TOTAL | $40.41 |
| TOTAL | $40.41 |

THE GALLAGHERS,
SINCE 1973

-THANK YOU-