UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X

SENESCO MARINE, LLC,

Plaintiff,

Case No.: 07-cv-343(ECT)

- against -

HUNT MARINE I, LLC,

Defendant.

---------------------------------------------------------X

**NOTICE OF MOTION**

TO: Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

**PLEASE TAKE NOTICE** that Plaintiff SENESCO MARINE, LLC, pursuant to this Court's inherent power, shall move before the United States District Court for the District of Rhode Island, Honorable Ernest C. Torres, One Exchange Terrace, Providence, Rhode Island 02903 for an order striking the answer of defendant Hunt Marine I, LLC and dismissing its counterclaim, as well as for costs and fees and further relief the Court may deem just and proper pursuant to the inherent power of the Court as a result of the admission of Kevin Hunt, principal of Hunt Marine I, LLC ("Hunt Marine") at his deposition that he filed with the Court a false affidavit in opposition to Senesco's prior motion to strike Hunt Marine's answer and dismiss its counterclaim. Plaintiff shall rely upon the accompanying Affidavit of Gino A. Zonghetti and Memorandum of Law in support of said motion.

Dated: July 9, 2008

Gino A. Zonghetti
(GAZ-2647)
26 Broadway
New York, New York 10004
(212) 422-6111

Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 9th day of July 2008, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:

Robert Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by depositing same in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Arthur Pearson
Arthur Pearson

Sworn to before me this
9th day of July 2008.

Monica A. Brescia
NOTARY PUBLIC

Monica A. Brescia
Notary Public, State of New York
No. 02BR6146685
Qualified in New York County
Commission Expires May 22, 2010