**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

SENESCO MARINE, LLC

v. C.A. No. 07-343-T

HUNT MARINE I, LLC

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER AND TO DISMISS DEFENDANT'S COUNTERCLAIM**

Senesco Marine, LLC's renewed motion to strike the defendant's answer and to dismiss the defendant's counterclaim is denied for the reason that the motion was based on Kevin Hunt's unexcused failure to appear for his deposition but, as a result of this Court's order of June 18, 2008, Hunt has been deposed and the plaintiff has been awarded counsel fees incurred as a result of Hunt's previous failure.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: August 12, 2008